DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICHARD BORBON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-1868

[July 19, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case No. 502021CF001722.

Carey Haughwout, Public Defender, and Gary Lee Caldwell, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Jonathan P. Picard, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Rodriguez v. State*, 299 So. 3d 555, 557 (Fla. 5th DCA 2020) ("[E]ven if the trial court had separately erred in finding no legal basis to depart under section 921.0026(2)(j) [(step 1)]," because the trial court "determined that this was not a case where it *should* depart (step 2), . . . such error would be harmless.").

KLINGENSMITH, C.J., FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***